IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SYLVESTER SLAY, JR., #304001, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| KAY IVEY, *et al.*, | ) ) |
| Defendants. | ) ) |

CASE NO. 2:20-CV-948-WKW-SRW
[WO]

## **ORDER**

On August 27, 2021, the Magistrate Judge filed a Report and Recommendation, recommending that this action be dismissed for Plaintiff's failure to prosecute and failure to obey a court order. (Doc. # 31.) The Magistrate Judge informed the parties that any objections to the report must be filed by September 10, 2021. (*Id.* at 3.) No timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 31) is ADOPTED;

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 27th day of September, 2021.

　　　　　　　　　　　　　　　　　　/s/   W. Keith Watkins

UNITED STATES DISTRICT JUDGE